

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2021

No. 04-20-00569-CV

**CITY OF SAN ANTONIO BY AND THROUGH THE SAN ANTONIO WATER SYSTEM**,
Appellant

v.

**CAMPBELLTON ROAD, LTD**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-13949
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's motion for extension of time to file its reply brief is GRANTED. Appellant's reply brief is due May 6, 2021.

It is so **ORDERED** on April 7, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT